**No. 11-5184. David Sanchez, Petitioner v. H. A. Ledezma, Warden; and Ponciano Torres, Petitioner v. H. A. Ledezma, Warden.**

565 U.S. 946, 132 S. Ct. 401, 181 L. Ed. 2d 262, 2011 U.S. LEXIS 7404.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 422 Fed. Appx. 735 (first judgment); and 428 Fed. Appx. 789 (second judgment).